# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3227
LT Case No. 16-2009-CF-008630-A

_____

TERRANCE E. SHAW,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Terrance E. Shaw, Blountstown, pro se.

No Appearance for Appellee.

March 12, 2026


PER CURIAM.

    AFFIRMED.


LAMBERT, EDWARDS, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————